**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Victorino SANDOVAL–SEPULVEDA, Defendant–Appellant.**

No. 07–30143.

United States Court of Appeals, Ninth Circuit.

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Jan. 14, 2008 *.

Filed Jan. 28, 2008.

Joshua A. Van De Wetering, Esq., USMI—Office of the U.S. Attorney, Missoula, MT, for Plaintiff–Appellee.

Monte L. Jewell, Esq., Missoula, MT, for Defendant–Appellant.

Before: HALL, O'SCANNLAIN, and PAEZ, Circuit Judges.

## MEMORANDUM **

Victorino Sandoval–Sepulveda appeals from the 6–month sentence imposed following revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291. We review for reasonableness, *United States v. Miqbel,* 444 F.3d 1173, 1176 & n. 5 (9th Cir.2006), and we affirm.

Sandoval–Sepulveda contends that the district court's application of U.S.S.G § 7B1.3(f) resulted in an unreasonable sentence. We disagree, and conclude that the district court neither abused its discretion in considering the Chapter 7 policy statement, nor imposed an unreasonable sentence.

*See Miqbel,* 444 F.3d at 1176 & n. 5.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.